UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Public Employees for** ) | |
| **Environmental Responsibility** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Civil Action No. 06-0182 (CKK) |
| **U.S. Dept. of the Interior** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
_____
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 305-1334

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 21st day of February 2006, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Richard Condit**, via Electronic Case Filing (ECF).

                                         /s/

                                 HEATHER GRAHAM-OLIVER
                                 Assistant United States Attorney
                                 Civil Division
                                 555 Fourth Street, N.W.
                                 Washington, D.C. 20530
                                 (202) 305-1334