UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Public Employees for<br>Environmental Responsibility | )<br>)<br>)<br>) Civil Action No. 06-0182 (CKK)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| U.S. Dept. of the Interior | )<br>) |
| Defendant. | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant, the United States Department of Interior, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer the plaintiff's complaint, until, Thursday, April 13, 2006.  This is the first request by Defendant for an extension of time to file an answer.  Counsel for the Plaintiff consents to the filing of this motion.  The answer was due on March 14, 2006.  Plaintiff has brought this action under the Freedom of Information Act.  Defendant has produced documents in response to the request; however, plaintiff asserts that this production is not fully responsive.

Good cause exists to grant this motion.  Prior to the filing of this motion, the undersigned understood that plaintiff's counsel and agency counsel for the Department of Interior had reached a resolution of any remaining issues regarding document production and that a dismissal would be imminent.  On today's date, undersigned counsel learned information from plaintiff's counsel to the contrary.  Due in part to the mis-communication regarding the anticipated dismissal of the lawsuit an answer was not filed on March 14, 2006, and efforts to litigate this matter were

delayed. Counsel has requested that the agency expedite its efforts to investigate and respond to the allegations contained in the complaint.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334