UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Public Employees for** ) | |
| **Environmental Responsibility,** ) | |
| ) | |
| ) Civil Action No. 06-0182 (CKK) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | |
| **U.S. Dept. of the Interior,** ) | |
| ) | |
| **Defendant.** ) | |

**CONSENT MOTION FOR A SECOND ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant, the United States Department of Interior, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file an answer the plaintiff's complaint and motion for summary judgment, until Thursday, June 8, 2006. This is the second request by Defendant for an extension of time to respond to the Plaintiff's Complaint. Counsel for the Plaintiff consents to the filing of this motion. The answer is due on April 13, 2006.

Plaintiff has brought this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552a. Defendant has produced documents in response to Plaintiff's request and has subsequently entered into an agreement with Plaintiff to make the final production of documents on May 9, 2006. Anticipating that some documents will have redactions and acknowledging that a motion for summary judgment will need to be supported by the necessary declarations and <u>Vaughn</u> index, Defendant seeks thirty (30) days after the final release to file its motion for summary judgment.

This motion is not for purposes of delay but for good cause shown. Accordingly, Defendant is requesting until June 8, 2006 to file its answer and motion for summary judgment.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334