**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC EMPLOYEES FOR       ) | |
| ENVIRONMENTAL RESPONSIBILITY   ) | |
|           ) | |
|      Plaintiff,       ) | |
|           ) | **Civil Action No. 06-0182 (CKK)** |
|      v.       ) | |
|           ) | |
| U.S. DEPARTMENT OF INTERIOR,    ) | |
|           ) | |
|      Defendant.      ) | |
| _____) | |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH TO FILE AN OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure, Rule 7, Plaintiff requests an extension of time through and including June 30, 2006 within which to respond to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment.  In support of this Motion, Plaintiff states as follows:

(1) On June 6, 2006, Defendant filed the above-referenced motion.

(2) Plaintiffs counsel was out of town involved in trial from June 7 through June 13, 2006.  Thus, Plaintiff has had little time to assess and respond to the Defendant's motion.

(3) On June 14, 2006, Plaintiff's counsel contacted Defendant's counsel to discuss Plaintiff's proposal for an extension of time.  Plaintiff's counsel did not reach Defendant's counsel and left a voice mail message indicating the Plaintiff's proposal to extend the deadline for response.  To date, no return call or message has been received.

Therefore, for good cause shown, Plaintiff requests that the Court grant its request for an extension of time.

Respectfully submitted,

/s/
_____
Richard E. Condit
D.C. Bar 417786
Public Employees for Environmental Responsibility
2000 P Street, NW, Suite 240
Washington, D.C. 20036
Tel. 202.265.7337 x.231
Fax 202.265.4192

Counsel for PEER