UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, </br></br>Plaintiff, </br></br>v. </br></br>U.S. DEPARTMENT OF INTERIOR, </br></br>Defendant. | Civil Action No. 06-0182 (CKK) |

## ORDER

Upon consideration of the Plaintiff's Motion for an extension of time, and with good cause being shown, Plaintiff's Motion is hereby **GRANTED**. Plaintiff shall have through and including June 30, 2006 within which to respond to the Defendant's Motion to Dismiss or in the Alternative for Summary Judgment.

Dated this _____ day of June, 2006.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE