# PEER

**Public Employees for Environmental Responsibility**

2000 P Street, NW • Suite 240 • Washington, D.C. 20036 • 202-265-PEER(7337) • fax: 202-265-4192
e-mail: info@peer.org • website: www.peer.org

Cindy Cafaro
Attorney Advisor
United States Department of the Interior
Division of General Law
1849 C Street, N.W.
Washington DC 20240

VIA FACSIMILE: (202) 219-1790

March 30, 2006

Dear Ms. Cafaro:

This letter is in response to our telephone conversation on March 28, 2006, in which PEER agreed to send you a written explanation of why we believe the documents provided by The United States Department of the Interior (DOI) are insufficient regarding PEER's Freedom of Information Act (FOIA) request dated September 1, 2005. In PEER's FOIA request, we asked for copies of all documents in the Office of DOI Assistant Secretary for Fish, Wildlife and Parks or offices of subordinate staff, including Deputy Assistant Secretary Paul Hoffman, Director Fran Mainella and Deputy Director Steve Martin, containing any communications with any party outside of the Federal Government related to the revision of National Parks System (NPS) Management Policies for the period beginning January 1, 2005 through September 1, 2005.

DOI's failure to provide these documents in compliance with FOIA, 5 U.S.C. § 552, lead to PEER's filing of a Complaint dated February 2, 2006 with the United States District Court for the District of Columbia, Case Number 06CV00182. PEER believes that documents provided by DOI following the filing of this Complaint are insufficient because:

1. No documents were provided for the time period prior to release of Mr. Hoffman's NPS management policies draft. It does not seem possible that no pertinent documents exist for this time period because Mr. Hoffman made public statements that he had authored this draft in response to communications he had received from constituencies regarding the need to change NPS management policies.

Exhibit 2 - PEER CorrespondencePage 1 of 3

**Field Offices:** California • Florida • Maine • New England • New Jersey • Refuge Keeper • Rocky Mountain • Tennessee • Texas • Washington



2. Upon release of the 194 page draft, interest groups such as the American Recreation Council, endorsed the draft almost immediately, issuing prepared public statements of support. However, PEER received no documentation regarding any communications between the American Recreation Council or any other interest group and the NPS, regarding the draft. This strains credulity because it seems implausible that the American Recreation Council could immediately endorse this lengthy and complex draft without any advance warning.

3. In Spring of 2005, Mr. Hoffman was involved in a controversy regarding NPS management policies and artificial watering facilities in a desert park (See http://www.peer.org/news/news_id.php?row_id=506). In addition, an earlier FOIA request by PEER showed Mr. Hoffman was in active correspondence with hunting groups prior to the controversy about the need to change NPS policies. Although the current FOIA request in question, requested 2005 NPS management policies documentation only, PEER sincerely doubts that Mr. Hoffman ceased said communications with hunting groups in 2005, however PEER received no such documentation.

4. NPS officials claimed that in 2005, one hundred (100) park managers were preparing a draft NPS management proposal that was released this fall and for which members of congress were doing the rewrite. However, PEER received no documentation, correspondence or other communication with congressional sources regarding this draft process.

During our telephone conversation you also inquired as to when DOI's response to PEER's Complaint, Case Number 06CV00182 was due. In light of PEER's recent grant of the United States Attorney's Office request for a thirty (30) day extension and the United States District Court for the District of Columbia's grant of DOI's Consent Motion, it is PEER's understanding that the DOI's response is due on April 13, 2006. (See Case Docket).

If you have any further questions, please feel free to reach me at 202.265.7337.


Sincerely,

*Nancy Ryan*
Nancy Ruggeri
Staff Attorney

Cc: Heather Graham-Oliver
    Assistant United States Attorney
    United States Attorney's Office for the District of Columbia
    555 4th Street, NW
    Washington, D.C. 20530
    VIA FACSIMILE: (202) 514-8780

Exhibit 2 - PEER Correspondence Page 2 of 3

2

# PEER

**Public Employees for Environmental Responsibility**

2000 P Street, NW • Suite 240 • Washington, D.C. 20036 • 202-265-PEER(7337) • fax: 202-265-4192
e-mail: info@peer.org • website: www.peer.org

Heather Graham-Oliver
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, D.C. 20530
VIA FACSIMILE: (202) 514-8780

April 11, 2006

Dear Ms. Graham-Oliver:

This letter is in follow up to our telephone conversation on April 10, 2006, regarding the Department of the Interior (DOI) response to the Freedom of Information Act (FOIA) request submitted by Public Employees for Environmental Responsibility (PEER) on September 1, 2005. During this conversation, PEER agreed to send you a statement regarding DOI's obligation to produce generic email documents as part of their FOIA response in this specific instance.

Specifically, PEER agrees that as part of the aforementioned FOIA request, DOI does not have to produce generic email documents that were submitted to the National Park Service (NPS) through a "comments" link located on the NPS website and were not directed to a specific person, but were instead intended for an unnamed audience.

If you have any further questions, please feel free to reach me at 202.265.7337.

Sincerely,

Nancy Ruggeri
Staff Attorney

Exhibit 2 - PEER Correspondence Page 3 of 3

**Field Offices:** California • Florida • Maine • New England • New Jersey • Refuge Keeper • Rocky Mountain • Tennessee • Texas • Washington

