DOI doc.# 05-00633nps18



**David Barna/WASO/NPS**
09/02/2005 08:11 AM EDT

To   Fran Mainella, Lisa Harrison, Steve P Martin, don_murphy@nps.gov, Russ Whitlock
cc   john_wright@ios.doi.gov, tina_kreisher@ios.doi.gov, dan_dubray@ios.doi.gov, charles_rousseaux@ios.doi.gov, shane_wolfe@ios.doi.gov, Mike Murray, Tara Morrison
bcc

Subject   PLEAS READ THIS

History:   This message has been replied to.

Yesterday I had a call from Tim Vaughan, Editor, The Mancos Times, small paper near Mesa Verde. He started asking lot's of questions about the Director's Legacy Goals. I send him a copy of the Legacy Goals and asked that he put his questions in writing, he did below. He published an article this morning that I sent to you on an earlier e:mail.

He is asking questions that will take a long time to answer. His deadline is Monday at 10:00am. I don't know the answers to his questions and don't have the time to craft something for him.

He plans to do a series of article on the Legacy Goals and the Management Policies over the next few weeks.

# EXEMPTION 5

(The writer is a 23-year NPS veteran, starting as a seasonal ranger at Mesa Verde in 1966 and completing almost four years as superintendent of Chaco Culture National Historical Park in 1989. He is also married to Jan Wade, sister of Bill Wade and daughter of former Mesa Verde Chief Ranger Jack Wade.)

Please advise.

David

---- Forwarded by David Barna/WASO/NPS on 09/02/2005 08:03 AM ----



\<wt@fone.net\>
09/01/2005 12:41 PM
GMT

To:  David Barna \<David_Barna@nps.gov\>
cc:  wt@fone.net
Subject:  Doing Business in the 21st Century

```
David,

If you just received an obviously incomplete message from me, I apologize. I'm
working on a strange computer in a medical library where my wife is
hospitalized, and things don't work the way I'm used to.

I do appreciate your time on the phone this morning, and the document you
sent,
though I've obtained it before (or is this changed from a few days ago?).

As I said on the phone, I'm at least as interested in the context of origin
```

Exhibit 3 - DOI exempted docs
Page 1 of 10

for
DB21C as in the contents themselves. Hence the following questions.

1. Who wrote it?
   How (or why) were these people selected?
   What guidance or objectives were they given?
   Who did they report to?

2. What was the review process before issuance?
   Any DOI review? If so, who, when and to what effect?
   Other government review, such as OMB, etc.? If so, same questions.
   Any review by parties outside government? Same questions.
   Was any of this (DB21C) shared - either literally or conceptually - with anyone from Congress or representative(s) of any company, trade group or organization that has an interest in parks? If so, same questions.

3. What was the internal review process?
   WASO? If so, who, when and to what effect?
   Leadership Council signoff?
   Any field NPS review?

4. What authority will this document carry?
   Will it drive the revision of the Management Policies, as implied in the Aug. 1 Morning Report statement?
   Will it drive funding? Will fund requests have to be tied to Legacy Goals?
   Will it drive accountability? Will meeting these goals be part of managers' evaluations?

6. What's the rationale behind the title: Doing Business in the 21st Century?

Now to the goals themselves. I must tell you; I read through these, applied my usual rule of thumb (How do I explain this to my neighbor down the road?) and hadn't a clue where to start on some of them. The terms and concepts would be meaningless to my neighbors. So, let's try to flesh them out, or clothe them in
raiments that are more familiar. I'm using the version that was in Arrowhead.

1. Management Excellence
   "highly transparent" - What does this mean in practice?
   "workforce reflects the diversity of our country" - We discussed this briefly, but can you put numbers on it?
   "addressing the concessions backlog" - What's the extent of the backlog? To get specific, when can we expect the concessions contract at Mesa Verde to start to move again?
   "core operations" - What are they, in Director Mainella's mind?
   "refining the park scorecard" - How do I explain what that is?

2. Sustainability
   "refining asset management to reduce our maintenance backlog"- Huh? What does this really mean? How are you going to do it?
   "encourage effective consultation and participation in key decision-making to enhance accountability" - I haven't a clue what this means; it sounds like gobbledy-gook. Can you give a concrete example of what this would be in practice?

3. Conservation
   Aren't there any cultural resource objectives?

4. Outdoor recreation
   "People's enjoyment of the National Park System is essential to its conservation." This sounds a little like "We had to destroy the village to

Exhibit 3 - DOI exempted docs
Page 2 of 10

save
it; there's an undistributed middle or some other logical problem in this
statement. What is meant here?
   "seamless network of parks" - If I write that in my conservative ranching
community, they're going to see it as a threat! They're going to see the
government is planning to buy up land so there's one endless park from ocean
to
ocean. Surely you mean something other than that, but what DO you mean?
   NPS has "critical responsibility ... to contribute to the physical and
mental well-being of all Americans." Is there a law or other legal basis
assigning responsibility for the health of Americans to the NPS?

5. 21st Century Relevancy
   I don't really have questions about this; for the most part, it seems to be
a set of feel-good statements that amount to keeping on keeping on.

This e-mail address is the best way to reach me, limited to 8-4 local time
until I get home again (probably Saturday afternoon). You can try my cell
phone - (970) 533-9068 - but it often doesn't ring inside the hospital.
Nonetheless, I will respond to any calls as soon as possible.

My news deadline is 10 a.m. Monday; I'll go with anything you can provide me
by
that time. Next week I will be contacting you about the rewrite of the NPS
Management Policies; the Legacy Goals seemed like the place to start.

Tom Vaughan
Editor
The Mancos
Times

Exhibit 3 - DOI exempted docs
Page 3 of 10

DOI doc.# 05-00646ga

| | | |
|---|---|---|
| Steve P Martin/WASO/NPS<br>09/02/2005 09:51 AM EDT | To | David Barna/WASO/NPS |
| | cc | charles_rousseaux@ios.doi.gov, dan_dubray@ios.doi.gov, don_murphy@nps.gov, Fran Mainella/WASO/NPS, john_wright@ios.doi.gov, Lisa Harrison/WASO/NPS@NPS, |
| | bcc | |
| | Subject | Re: PLEAS READ THIS |

I do not see how we can meet the Monday deadline for this, we could get Mike Murray to do a response but not until mid-week next week, and even then some of the questions and tone are "no matter what we say we are wrong".

Steve Martin
Deputy Director for Park Operations
Phone: 202 208-3818
FAX: 202 208-7889

The National Park Service cares for special places saved by the American people so that all may experience our heritage.

EXPERIENCE YOUR AMERICA

David Barna/WASO/NPS



| | | |
|---|---|---|
| David Barna/WASO/NPS<br>09/02/2005 08:11 AM EDT | To | Fran Mainella, Lisa Harrison, Steve P Martin, don_murphy@nps.gov, Russ Whitlock |
| | cc | john_wright@ios.doi.gov, tina_kreisher@ios.doi.gov, dan_dubray@ios.doi.gov, charles_rousseaux@ios.doi.gov, shane_wolfe@ios.doi.gov, Mike Murray, Tara Morrison |
| | Subject | PLEAS READ THIS |

Yesterday I had a call from Tim Vaughan, Editor, The Mancos Times, small paper near Mesa Verde. He started asking lot's of questions about the Director's Legacy Goals. I send him a copy of the Legacy Goals and asked that he put his questions in writing, he did below. He published an article this morning that I sent to you on an earlier e:mail.

He is asking questions that will take a long time to answer. His deadline is Monday at 10:00am. I don't know the answers to his questions and don't have the time to craft something for him.

He plans to do a series of article on the Legacy Goals and the Management Policies over the next few weeks.

# Exemption 5

(The writer is a 23-year NPS veteran, starting as a seasonal ranger at Mesa Verde in 1966 and completing almost four years as superintendent of Chaco Culture National

Exhibit 3 - DOI exempted docs
Page 4 of 10

DOI doc.# 05-00646ga

Historical Park in 1989. He is also married to Jan Wade, sister of Bill Wade and daughter of former Mesa Verde Chief Ranger Jack Wade.)

Please advise.

David

—— Forwarded by David Barna/WASO/NPS on 09/02/2005 08:03 AM ——



&lt;wt@fone.net&gt;
09/01/2005 12:41 PM GMT

To: David Barna &lt;David_Barna@nps.gov&gt;
cc: wt@fone.net
Subject: Doing Business in the 21st Century

David,

If you just received an obviously incomplete message from me, I apologize. I'm working on a strange computer in a medical library where my wife is hospitalized, and things don't work the way I'm used to.

I do appreciate your time on the phone this morning, and the document you sent,
though I've obtained it before (or is this changed from a few days ago?).

As I said on the phone, I'm at least as interested in the context of origin for
DB21C as in the contents themselves. Hence the following questions.

1. Who wrote it?
   How (or why) were these people selected?
   What guidance or objectives were they given?
   Who did they report to?

2. What was the review process before issuance?
   Any DOI review? If so, who, when and to what effect?
   Other government review, such as OMB, etc.? If so, same questions.
   Any review by parties outside government? Same questions.
   Was any of this (DB21C) shared - either literally or conceptually - with anyone from Congress or representative(s) of any company, trade group or organization that has an interest in parks? If so, same questions.

3. What was the internal review process?
   WASO? If so, who, when and to what effect?
   Leadership Council signoff?
   Any field NPS review?

4. What authority will this document carry?
   Will it drive the revision of the Management Policies, as implied in the Aug. 1 Morning Report statement?
   Will it drive funding? Will fund requests have to be tied to Legacy Goals?
   Will it drive accountability? Will meeting these goals be part of managers' evaluations?

6. What's the rationale behind the title: Doing Business in the 21st Century?

Now to the goals themselves. I must tell you; I read through these, applied my usual rule of thumb (How do I explain this to my neighbor down the road?) and hadn't a clue where to start on some of them. The terms and concepts would be meaningless to my neighbors. So, let's try to flesh them out, or clothe them

Exhibit 3 - DOI exempted docs
Page 5 of 10

in
raiments that are more familiar. I'm using the version that was in Arrowhead.

1. Management Excellence
   "highly transparent" - What does this mean in practice?
   "workforce reflects the diversity of our country" - We discussed this briefly, but can you put numbers on it?
   "addressing the concessions backlog" - What's the extent of the backlog? To get specific, when can we expect the concessions contract at Mesa Verde to start to move again?
   "core operations" - What are they, in Director Mainella's mind?
   "refining the park scorecard" - How do I explain what that is?

2. Sustainability
   "refining asset management to reduce our maintenance backlog"- Huh? What does this really mean? How are you going to do it?
   "encourage effective consultation and participation in key decision-making to enhance accountability" - I haven't a clue what this means; it sounds like gobbledy-gook. Can you give a concrete example of what this would be in practice?

3. Conservation
   Aren't there any cultural resource objectives?

4. Outdoor recreation
   "People's enjoyment of the National Park System is essential to its conservation." This sounds a little like "We had to destroy the village to save
it; there's an undistributed middle or some other logical problem in this statement. What is meant here?
   "seamless network of parks" - If I write that in my conservative ranching community, they're going to see it as a threat! They're going to see the government is planning to buy up land so there's one endless park from ocean to
ocean. Surely you mean something other than that, but what DO you mean?
   NPS has "critical responsibility ... to contribute to the physical and mental well-being of all Americans." Is there a law or other legal basis assigning responsibility for the health of Americans to the NPS?

5. 21st Century Relevancy
   I don't really have questions about this; for the most part, it seems to be a set of feel-good statements that amount to keeping on keeping on.

This e-mail address is the best way to reach me, limited to 8-4 local time until I get home again (probably Saturday afternoon). You can try my cell phone - (970) 533-9068 - but it often doesn't ring inside the hospital. Nonetheless, I will respond to any calls as soon as possible.

My news deadline is 10 a.m. Monday; I'll go with anything you can provide me by
that time. Next week I will be contacting you about the rewrite of the NPS Management Policies; the Legacy Goals seemed like the place to start.

Tom Vaughan
Editor
The Mancos
Times

Exhibit 3 - DOI exempted docs
Page 6 of 10

Steve P Martin/WASO/NPS          To   Lisa Harrison/WASO/NPS@NPS
08/28/2005 10:17 AM EDT          cc
                                 bcc
                             Subject   Re: Retirees Call-in press conference TODAY

It must be nice to not be constrained by the facts. All your points are good

---

Sent from my BlackBerry Wireless Handheld
   Lisa Harrison

    From: Lisa Harrison
    Sent: 08/26/2005 11:16 AM
    To: David Barna; Elaine Sevy; Gerry Gaumer; Carol Anthony; Al Nash; John Wright; Tina Kreisher; Dan DuBray; Charles Rousseaux; Shane Wolfe; Russ Whitlock; Fran Mainella; Steve Martin; David Barna; Mike Snyder
    Subject: Re: Retirees Call-in press conference TODAY

# Exemption 5

Dan/Dave/tina etc -

# Exemption 5

Contact Info:
Lisa Harrison
National Park Service
"Experience Your America"
202-208-3724
cell) 202-294-1705
   David Barna

    From: David Barna
    Sent: 08/26/2005 10:36 AM
    To: Elaine Sevy; Gerry Gaumer; Carol Anthony; Al Nash; John Wright; Tina Kreisher; Dan DuBray; Charles Rousseaux; Shane Wolfe; Russ Whitlock; Fran Mainella; Steve Martin; David Barna; Mike Snyder
    Cc: Lisa Harrison
    Subject: Retirees Call-in press conference TODAY

August 26th News Advisory ...

NEW THREAT TO NATIONAL PARKS: NPS RETIREE GROUP TO REVEAL SECRET INTERIOR DEPARTMENT RULE REWRITE UNDERCUTTING PROTECTIONS FOR U.S. NATIONAL PARKS

NPS Veterans: Political Appointee Changing Park Rules With No Input From Congress, Park Officials or Public; Grand Canyon, Gettysburg and Great Smoky Mountains Among Potentially Endangered Parks.

Exhibit 3 - DOI exempted docs
Page 7 of 10

DOI doc.# 05-00646ft

NEWS ADVISORY//August 26, 2005//The Coalition of National Park Service Retirees (CNPSR) will hold at 1:30 ET/11:30 a.m. MT/10:30 a.m. PT on August 26, 2005 a phone-based national news conference to make public for the first time a secret Interior Department rewrite of the management policies of the National Park Service (NPS). The watchdog group of 410 NPS retirees with a total of more than 12,000 years of collective experience will detail how the wholesale weakening of the NPS "rulebook" is taking place without public input and would seriously jeopardize the future of America's "crown jewel" national parks.

The CNPSR news event will take place immediately prior to the major White House conference on the environment to be held August 28-31, 2005 in St. Louis, MO. This will be the second major "leak" in two years of an internal document detailing plans to undercut America's national parks. On March 17, 2004, CNPSR exposed internal NPS memos directing park superintendents to slash summer 2004 park services and then to mislead the news media and public about the cuts, which were to be referred (and only if necessary) as "service level adjustments." The ensuing public uproar led to a widely publicized March 24, 2004 hearing by the House Appropriations Subcommittee of the U.S. House of Representatives.

News event speakers will be:

* CNPSR Executive Council Chairman Bill Wade, former superintendent of the Shenandoah National Park.

* CNPSR Executive Council Member Jerry Rogers, former associate director for cultural resources of the National Park Service.

The CNPSR representatives will outline how the weakening of NPS management policies would threaten the future of Grand Canyon National Park, Gettysburg National Military Park, Great Smoky Mountains National Park and other key national parks. Among other things, CNPSR will expose how the NPS rules rewrite is being headed by a former Cody, Wyoming chamber of commerce official who now is a political appointee with no known experience related to national parks.

TO PARTICIPATE: To join this live, phone-based national news conference (with full Q&A) taking place at 1:30 p.m. ET/11:30 a.m. MT/10:30 a.m. PT on August 26, 2005, dial 1-(800) 860-2442. Please dial in by 1:25 p.m. ET/11:30 a.m. MT/10:30 a.m. PT and ask for the "secret NPS memo" news event.

CAN'T PARTICIPATE?: A streaming audio replay of this news event will be available on the Web as of 6 p.m. ET on August 26, 2005 at http://www.npsretirees.org/.

CONTACT: Patrick Mitchell, (703) 276-3266 or pmitchell@hastingsgroup.com.

###

ABOUT THE COALITION OF NATIONAL PARK SERVICE RETIREES: CNPSR is made up

Exhibit 3 - DOI exempted docs
Page 8 of 10

DOI doc.# 05-00646ft

of former employees of the National Park Service (NPS), numbering over 410 with more joining each day. Many members were senior leaders of NPS and many of received awards for stewardship of our country's natural and cultural resources. In their personal lives, CNPSR members come from the broad spectrum of political affiliations. As park managers, rangers and employees in other disciplines, they devoted their professional lives to maintaining and protecting our national parks for the benefit of all Americans - both living and those yet to be born. CNPSR members have served this country well, and their credibility and integrity in speaking out on these issues should not go ignored. For more information on CNPSR, visit: http://www.npsretirees.org/aboutus.htm.

Exhibit 3 - DOI exempted docs
Page 9 of 10

DOI doc.# 05-00633nps10

| | | |
|---|---|---|
| **Deb Smith/WASO/NPS** | To | Fran Mainella/WASO/NPS@NPS |
| 08/31/2005 10:22 AM EDT | cc | |
| | bcc | |
| | Subject | phone message |

Hi Fran--

Doug Wheeler would like for you to give him a call regarding the flap over the management policies. His number is 202-637-5556.

On another note, I **Exemption 6** but I have a couple of things to do first. This way I can try and prepare myself for the "Fran" attack tomorrow. SMILE

************************

Deb Smith
Staff Assistant
National Park Service
202-208-4621
202-208-7889 fax

Exhibit 3 - DOI exempted docs
Page 10 of 10