DOI doc.# 05-00646fu

**Steve P Martin/WASO/NPS**
08/28/2005 01:19 PM EDT

To  Jon Jarvis/OAKLAND/NPS@NPS
cc
bcc
Subject  Re: Management Policies

Nice job

---
Sent from my BlackBerry Wireless Handheld
Jon Jarvis

```
From: Jon Jarvis
Sent: 08/25/2005 07:29 PM
To: PWR Superintendents@NPS; PWR Program Chiefs@NPS
Subject: Management Policies
```

PWR Superintendents and Program Managers:

By now each of you probably have, or will soon have the "redline version" of the Management Policies rewrite that is being distrubuted by the Coalition of NPS Retirees.

I encourage you to read the proposed changes in the redlined version of the management policies but not over-react to them. I believe that the suggested changes in the red-line version do not reflect the collective views of the Department of the Interior. I have personally reviewed them, as has the PWR Directorate and our comments and concerns have been officially transmitted to WASO. Director Mainella and Deputy Director Martin are actively engaged in this issue, as are the other RDs and a new version is being developed as a result of a meeting of NPS career employees in Santa Fe. The field team that met in Santa Fe was excellent and our region was strongly represented by Chief Ranger Scott Wanek and NOCA Superintendent Bill Paleck. They worked from the 2001 version of Management Policies rather than the redline version and sought to improve the document in general into a working "raw" draft. That draft will be subjected to a much greater field review and eventually public review through the Federal Register. Be patient and be thinking of ways to improve Management Policies that we can incorporate during this review.

I expect there will be a bit of media attention on the redline version of Management Policies over the next few weeks. I suggest, if you are asked, you focus on how the 2001 Management Policies are used by Superintendents and Program Managers in making decisions about parks, programs, visitor activities and resources. Since the redline version has now been replaced by a working draft prepared by our team in Santa Fe, I would suggest you refrain from discussing the specifics of the redline version.

If you have questions, feel free to call me.

Jonathan B. Jarvis
Regional Director
Pacific West Region
510-817-1304 Oakland

Exhibit 4 - DOI docs no exemption
Page 1 of 5

DOI doc.# 05-00646fu

| | | |
|---|---|---|
| **Steve P Martin/WASO/NPS** | To | David Barna/WASO/NPS@NPS |
| 08/28/2005 01:20 PM EDT | cc | |
| | bcc | |
| | Subject | Fw: Management Policies |

---

Sent from my BlackBerry Wireless Handheld
Jon Jarvis

```
From: Jon Jarvis
Sent: 08/25/2005 07:29 PM
To: PWR Superintendents@NPS; PWR Program Chiefs@NPS
Subject: Management Policies
```

PWR Superintendents and Program Managers:

By now each of you probably have, or will soon have the "redline version" of the Management Policies rewrite that is being distrubuted by the Coalition of NPS Retirees.

I encourage you to read the proposed changes in the redlined version of the management policies but not over-react to them. I believe that the suggested changes in the red-line version do not reflect the collective views of the Department of the Interior. I have personally reviewed them, as has the PWR Directorate and our comments and concerns have been officially transmitted to WASO. Director Mainella and Deputy Director Martin are actively engaged in this issue, as are the other RDs and a new version is being developed as a result of a meeting of NPS career employees in Santa Fe. The field team that met in Santa Fe was excellent and our region was strongly represented by Chief Ranger Scott Wanek and NOCA Superintendent Bill Paleck. They worked from the 2001 version of Management Policies rather than the redline version and sought to improve the document in general into a working "raw" draft. That draft will be subjected to a much greater field review and eventually public review through the Federal Register. Be patient and be thinking of ways to improve Management Policies that we can incorporate during this review.

I expect there will be a bit of media attention on the redline version of Management Policies over the next few weeks. I suggest, if you are asked, you focus on how the 2001 Management Policies are used by Superintendents and Program Managers in making decisions about parks, programs, visitor activities and resources. Since the redline version has now been replaced by a working draft prepared by our team in Santa Fe, I would suggest you refrain from discussing the specifics of the redline version.

If you have questions, feel free to call me.

Jonathan B. Jarvis
Regional Director
Pacific West Region
510-817-1304 Oakland

Exhibit 4 - DOI docs no exemption
Page 2 of 5

DOI doc.# 05-00646fu

| | | |
|---|---|---|
| Steve P Martin/WASO/NPS | To | David Barna/WASO/NPS@NPS |
| 08/28/2005 01:20 PM EDT | cc | Fran Mainella/WASO/NPS |
| | bcc | |
| | Subject | Re: New York Times and management policies |

Nice job
---------------------------
Sent from my BlackBerry Wireless Handheld


```
 ----- Original Message -----
 From: David Barna
 Sent: 08/25/2005 05:15 PM
 To: David Barna; Carol Anthony; Al Nash; Elaine Sevy; Gerry Gaumer
 Cc: Bruce Sheaffer; Don Murphy; Jeff Taylor; Sue Masica; Christopher Jarvi;
Lisa Harrison; Jan Matthews; Jim Poole; Fran Mainella; Don Hellmann; Karen
Taylor-Goodrich; Russ Whitlock; Megan Badasch; Mike Murray; Nancy Kaufman;
Steve Martin; Bert Frost; Janice Brooks; Paul Hoffman; John Wright; Tina
Kreisher; Dan DuBray; Charles Rousseaux; Shane Wolfe; Patricia Hooks; Ernie
Quintana; Jon Jarvis; Marcia Blaszak; Joe Lawler; Mary Bomar; Mike Snyder;
Brian Sweatland; Tara Morrison
 Subject: New York Times and management policies
```

Another interview similar to the LA Times.  Talked with NY Times reporter Felicity Barringer, 202-862-0311.  After talking with Paul Hoffman and Tina, I indicated the Paul's mark-up is "no longer in play".  We are using the draft produced at the Santa Fe meetings, based on the 2001 review.  She seemed much more comfortable with what we are doing.  Congress asked us to review our policies and once we are comfortable with a draft it will be available to the public and our partners for input and revision.

I stressed that we need to be able to operate in the 21st Century with better business practices and civic engagement.

Stroy will run Friday.

David

Exhibit 4 - DOI docs no exemption
Page 3 of 5



Ronda Newton/WASO/NPS
08/30/2005 04:22 PM EDT

To
cc
bcc  Steve P Martin/WASO/NPS
Subject  DIRECTOR'S DAILY SCHEDULE - WEDNESDAY, AUGUST 31, 2005

# NATIONAL PARK SERVICE
# DIRECTOR'S DAILY SCHEDULE - WEDNESDAY, AUGUST 31, 2005

**FRAN MAINELLA:** Director
White House Cooperative Conservation Conference

**DON MURPHY:** Deputy Director – Support Services
  2:30 Meeting w/ Dan Harrison
  3:00 Meeting w/ Jonathan Putnam

**STEVE MARTIN:** Deputy Director – Operations
  8:00 Meeting w/ Jennifer RE: Scheduling
  9:00 Meeting w/ Joe Lawler
  10:00 Interview w/ Sam Bishop
  2:00 Meeting w/ KTG, Chief Pettiford RE: Internal Affairs
  3:00 Conference call w/ Molly Ross, Chick Fagan RE: Management policies follow-up

**RUSS WHITLOCK:** Associate to the Director
In the office

**MIKE MURRAY:** Associate to Deputy Director Martin
In the office until 12:30 pm
 Ex. 6

**TARA MORRISON:** Associate to Deputy Director Murphy
On Travel – NE Regional office (Philadelphia)

**CHRIS JARVI:** Associate Director – Partnerships, Interpretation & Education, Volunteers & Outdoor Rec
On Travel 8/29 - 9/2
Corky Mayo, Acting 8/29 - 8/31: 513-7137
Tom Ross acting 9/1 - 9/2: 354-6904

**SUE MASICA:** Associate Director – Park Planning, Facilities and Lands
 Ex. 6
Bill Shaddox, Acting: 354-6943

**JIM POOLE:** Acting Assistant Director – Business Services
AM MIB
PM 1201 Eye

**EVELYN SHEEHAN:** Acting Assistant Director – Human Capital
10:00 Human Capital Senior Managers Meeting
 1:30 Meeting w/ Russ Whitlock, Mary Plumley RE: Staff Support on Director's Corridor coverage
 2:30 Training and Development Senior Staff meeting w/ M. Aikens/Deputy/Center Superintendents

**MIKE SOUKUP:** Associate Director – Natural Resource Stewardship & Science
In the office

**KAREN TAYLOR-GOODRICH:** Associate Director – Visitor and Resource Protection
 9:00 Executive Managers Meeting
 2:00 Meeting w/ Steve Martin, Dwight Pettiford RE: Internal Affairs

Exhibit 4 - DOI docs no exemption
Page 4 of 5

3:00 Conference call RE: Management Policies

**BRUCE SHEAFFER:** Comptroller
In the office

**JAN MATTHEWS:** Associate Director – Cultural Resources
Ex. 6
Joe Wallis, Acting

**DOM NESSI:** Chief Information Officer
9:30 Associates Meeting

**JEFF TAYLOR:** Director – Legislative and Congressional Affairs
In the office

**BRIAN SWEATLAND:** Special Assistant to the Director
In the office

**LISA HARRISON:** Special Assistant for Communications
In the office

~~~~~~~~~~~~~~~~~~~~~~~~~~~

Ronda Newton
Staff Ranger, Office of the Director
National Park Service
1849 C Street, NW, Room 3112
Washington, DC 20240

202-208-6226 phone
202-208-7889 fax

Exhibit 4 - DOI docs no exemption
Page 5 of 5