DOI doc.# 05-00646fy

**Steve P Martin/WASO/NPS**  
08/30/2005 01:20 PM EDT

To Lisa Harrison/WASO/NPS@NPS  
cc  
bcc  
Subject Re: letter to the editor, NYT final

I think Fran is OK signing. She was with NYT

---
Sent from my BlackBerry Wireless Handheld
   Lisa Harrison

>     **From:** Lisa Harrison
>     **Sent:** 08/30/2005 10:20 AM
>     **To:** Steve Martin
>     **Cc:** Fran Mainella
>     **Subject:** Re: letter to the editor, NYT final

We are doing a little longer one for the six other papers that hasve done editorials. But, no one will print a letter to ed longer than 200-220 words..so we'll work with that.
Also, the denver post, lakelan herald and minnesota trib will not take letter signed by more than one person so all future letters will just be Direcotr signed -- can you ask her if that's OK (if she doesn't get a chnace to see this email?)
Also, some of the other editorials address budget and some other things -- so future drafts for additional papers will be coming your way later for you and Director to also review and approve.
Thx

Contact Info:
Lisa Harrison
National Park Service
"Experience Your America"
202-208-3724
cell) 202-294-1705
   Steve P Martin

>     **From:** Steve P Martin
>     **Sent:** 08/30/2005 10:14 AM
>     **To:** Lisa Harrison; Fran Mainella
>     **Subject:** Re: letter to the editor, NYT final

Do you think we should do a little longer version which includes the fact we will be getting more field input, and send to all employees? Not many read the NYT but the rumors are flying

---
Sent from my BlackBerry Wireless Handheld
   Lisa Harrison

>     **From:** Lisa Harrison
>     **Sent:** 08/29/2005 05:11 PM
>     **To:** Dan DuBray; Paul Hoffman; Don Murphy; Fran Mainella; Jenny George; dperino@who.eop.gov; Tina Kreisher; Steve Martin; John Wright; David Barna; Chick Fagan; Loran Fraser; Art Hutchinson
>        **Subject:** letter to the editor, NYT final

attached is final LTE to the NYT with edits/reviews from Paul, Steve, Fran, Don, JW.  It is currently 200

DOI doc.# 05-00646fy

words so, if the NYT asks to edit it I will re-review and run it back through you all. This was sent to the NYT ed board (semple), with whom I also left a message earlier, and also to two people on the letters staff, at 4:40 today. Marianne from letters staff said she will review it and get back to us tomorrow. Similar versions sent to ed pages and letters pages of Asheville Citizen and Atlanta Journal tonight also.

August 29, 2005

The New York Times
Editorial Page/Letters to the Editor
229 West 43rd St.
New York, NY 10036

To the Editor:

Your editorial of August 29, "Destroying the National Parks," does not accurately reflect our process of reviewing and updating the "Management Policies" of the National Park Service.

This document is not a "secret draft" as you referenced in your editorial. A group of 16 career NPS employees, representing all regions and disciplines, recently met -- at the request of the offices of the Assistant Secretary for Fish, Wildlife and Parks and the Director of the NPS -- to review and provide recommendations on the working document. The current document, while still a work in progress, responds to a request by the House Resources Committee to review our policies.

The NPS "Management Policies" has been updated several times since the first edition in 1975. As we balance the conservation of our natural resources with an enjoyable experience for the visitor, NPS must continue to incorporate contemporary management practices and ideas.

As part of our open process, a draft will be published for public comment and input in the near future.

These are the facts. We hope that any future articles will include them.

Sincerely,

Fran P. Mainella, Director, National Park Service
Don Murphy, Deputy Director, National Park Service
Steve Martin, Deputy Director, National Park Service

DOI doc.# 05-00646fy

Lisa Harrison
Special Assistant to the Director, and Director of Communications
National Park Service
w) 202-208-3724
c) 202-294-1705