UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF INTERIOR, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No. 06-0182 (CKK)** |

**PLAINTIFF'S CROSS MOTION FOR
SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure, Rule 56, Plaintiff, Public Employees for Environmental Responsibility (PEER) requests that the Court enter summary judgment and provide the relief requested. There are no genuine issues of material fact that support the actions of the Defendant in this matter and the Plaintiff is entitled to judgment as a matter of law. In support of this Motion, Plaintiff refers the Court to its Memorandum of Points and Authorities (Dkt. # 8) opposing the summary judgment motion filed by the Defendant.

Respectfully submitted,

/s/
Richard E. Condit
D.C. Bar #417786
Public Employees for Environmental Responsibility
2000 P Street, NW, Suite 240
Washington, D.C. 20036
Tel. 202.265.7337 x.231
Fax 202.265.4192

Counsel for PEER