UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF INTERIOR,<br><br>  Defendant. | **Civil Action No. 06-0182 (CKK)** |

**ORDER**

Upon consideration of the Defendant's *Motion to Dismiss or in the Alternative for Summary Judgment* and Plaintiff's *Cross Motion for Summary Judgment* and opposition to Defendant's Motion, it is hereby **ORDERED** that Defendant's Motion is **DENIED**. It is further **ORDERED** that Plaintiff's Motion is **GRANTED**. Within ten (10) days of the date of this Order the Defendant shall provide the Plaintiff with complete copies of the documents wherein portions were withheld based upon FOIA Exemption 5 and shall provide complete copies of the documents wherein portions were withheld without application of any FOIA Exemption. Defendant is **ENJOINED** from engaging in conduct that violates the mandatory deadlines established by FOIA except as specifically permitted by the statute.

The Court finds and concludes that Plaintiff PEER is the prevailing party. Any motion seeking the award of fees and costs must be filed pursuant to Fed. R. Civ. P., Rule 54(d).

Dated this _____ day of July, 2006.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE