UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Public Employees for** | ) |
| **Environmental Responsibility,** | ) |
| | ) |
| | ) Civil Action No. 06-0182 (CKK) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| **U.S. Dept. of the Interior,** | ) |
| | ) |
| **Defendant.** | ) |

**CONSENT MOTION
FOR AN ENLARGEMENT OF TIME TO FILE REPLY**

Defendant, the United States Department of Interior, by and through its attorneys, respectfully move the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its Reply to the Plaintiff's Opposition, until Monday, July 17, 2006. Counsel for the Plaintiff consents to the filing of this motion. The Reply would otherwise be due on July 10, 2006.

This motion is not for purposes of delay but for good cause shown. Plaintiff filed an Opposition to Defendant's Dispositive Motion on July 1, 2006. Thereafter, on July 3, 2006, Plaintiff filed a Cross Motion for Summary Judgment (Cross Motion). Defendant's Opposition to Plaintiff's Cross Motion is due on July 17, 2006. For purposes of efficiency, Defendant seeks to file its Reply and Opposition at the same time. Accordingly, Defendant is requesting an extension until July 17, 2006, to file its Reply.

        Respectfully submitted,

        /s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

        /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

        /s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334