UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Public Employees for<br>Environmental Responsibility,<br><br>                 Plaintiff,<br>    v.<br><br>U.S. Dept. of the Interior,<br><br>                 Defendant. | )<br>)<br>)<br>) Civil Action No. 06-0182 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE RESPONSE TO PLAINTIFF'S PLEADINGS**

    Defendant, the United States Department of Interior, by and through its attorneys, respectfully move the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its Opposition to Plaintiff's Cross-Motion and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, until Thursday, July 20, 2006.  Counsel for the Plaintiff has been contacted concerning the filing of this motion but has not responded prior to the filing deadline.  The Reply and Opposition would otherwise be due on July 17, 2006.

    This motion is not for purposes of delay but for good cause shown.  Department of Treasury Counsel was out of the office the week of July 10, 2006.  Counsel's first day back in the office was Monday, July 17, 2006.  Defendant's Opposition and Reply necessitate reviewing the relevant documents and submitting a supplemental declaration.  This cannot be completed without the assistance of Agency Counsel.  Hence, additional time is needed to complete the review of the documents in question and to prepare a supplemental declaration.  Accordingly, Defendant is requesting a four (4) day extension of time until July 20, 2006, to file its Opposition

and Reply.

        Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

        /s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334