UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Public Employees for<br>Environmental Responsibility,<br><br>           Plaintiff,<br>      v.<br><br>U.S. Dept. of the Interior,<br><br>           Defendant. | )<br>)<br>)<br>) Civil Action No. 06-0182 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE RESPONSE TO PLAINTIFF'S PLEADINGS**

Defendant, the United States Department of Interior, by and through its attorneys, respectfully move the Court, pursuant to Fed. R. Civ. P. 6, for a one-day enlargement of time within which to file its Opposition to Plaintiff's Cross-Motion and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, until Friday, July 21, 2006. Counsel for the Plaintiff has been contacted concerning the filing of this motion but has not responded prior to the filing deadline. The Reply and Opposition would otherwise be due on July 20, 2006.

This motion is not for purposes of delay but for good cause shown. Counsel for the Department of Treasury was out of the office the week of July 10, 2006, and did not return until Monday, July 17, 2006. Defendant's Opposition and Reply necessitate reviewing the relevant documents and submitting a supplemental declaration. The supplemental declaration was received by undersigned counsel on today's date. In addition, the undersigned is in the process of interviewing witnesses in an unrelated action, David v. Billington, C. A. No 04-985 (RWR), scheduled for trial on July 27, 2006. Due to undersigned counsel's trial obligations, an additional

day is necessary to complete the review of the declaration and incorporate it into Defendant's response. Accordingly, Defendant is requesting a one (1) day extension of time until July 21, 2006, to file its Opposition and Reply.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334