UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF INTERIOR,<br><br>　　Defendant. | Civil Action No. 06-0182 (CKK) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH
TO FILE A REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S
CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure, Rule 7, Plaintiff requests an extension of time through and including August 2, 2006, within which to respond to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment. In support of this Motion, Plaintiff states as follows:

(1) On July 21, 2006, Defendant filed the above-referenced reply.

(2) On July 17, 2006, Defendant filed a Motion for Enlargement of Time to File Response to Plaintiff's Pleadings, which altered the present briefing schedule. Plaintiff's counsel has developed scheduling conflicts involving other litigation. Plaintiff's counsel therefore needs additional time to properly assess and respond to Defendant's opposition.

1

(3) On July 25, 2006, Plaintiff's counsel contacted Defendant's counsel to discuss Plaintiff's proposal for an extension of time. No reply to the message left was received prior to the time this motion was filed.

This motion is not for purposes of delay, but for good cause shown. Therefore, Plaintiff requests that the court grant its request for an extension of time.

Respectfully submitted,

/s/
Richard E. Condit
D.C. Bar #417786
Public Employees for Environmental Responsibility
2000 P Street, NW, Suite 240
Washington, D.C. 20036
Tel. 202.265.7337 x.231
Fax 202.265.4192

Counsel for PEER