UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR,<br><br>Defendant. | Civil Action No. 06-0182 (CKK) |

**ORDER**

Upon consideration of the Plaintiff's Motion for an extension of time, and with good cause being shown, Plaintiff's Motion is hereby **GRANTED**. Plaintiff shall have through and including August 2, 2006, within which to respond to the Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment.

Dated this_____day of July, 2006.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE