UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>　Defendant. | Civil Action No. 06-182 (CKK) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 28th day of November, 2006, hereby

**ORDERED** that [6] Defendant's Motion for Summary Judgment is GRANTED in its entirety; it is also

**ORDERED** that [5] Defendant's Motion to Dismiss is DENIED AS MOOT; it is also

**ORDERED** that [9] Plaintiff's Cross-Motion for Summary Judgment is DENIED in its entirety; it is also

**ORDERED** that the instant case is DISMISSED in its entirety.

**SO ORDERED**.

*This is a final, appealable order.*

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　United States District Judge